IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ROBERT MILLER | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv426 |
| TORREY HARTLESS, ET AL. | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the above-styled civil action is **DISMISSED** with prejudice to the filing of another *in forma pauperis* lawsuit raising the same claims as herein presented, but without prejudice to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the full filing fee. Should Plaintiff pay the full filing fee within 15 days of the date of entry of the order of dismissal, he shall be allowed to proceed in this lawsuit as though the full fee had been paid from the outset. All motions not previously ruled upon are **DENIED**.

**SIGNED** this the 2 day of **January, 2019.**

Thad Heartfield
United States District Judge